

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-12-2015

# Roseann Zirnsak v. Commissioner Social Security

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"Roseann Zirnsak v. Commissioner Social Security" (2015). *2015 Decisions.* Paper 173.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/173

This February is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 20, 2015

No. 14-1168

ROSEANN MARIE ZIRNSAK,
Appellant

v.

CAROLYN W. COLVIN, COMMISSIONER SOCIAL SECURITY

(W.D. Pa. No. 2-13-cv-00303)

Present:  VANASKIE, COWEN and VAN ANTWERPEN, Circuit Judges

1.     Motion filed by Appellee Commissioner Social Security to publish opinion
       dated 12/09/2014

2.     Response filed by Appellant Roseann Zirnsak in Opposition to Appellee's
       Motion to Publish Opinion.

                                        Respectfully,
                                        Clerk/JK

_____ORDER_____
The foregoing motion by Appellee Commissioner Social Security to publish opinion
dated 12/09/2014 is granted.


                                        By the Court,

                                        s/ Franklin S. Van Antwerpen
                                        Circuit Judge


Dated:   February 12, 2015
JK/cc: Sarah H. Bohr, Esq.
        Beverly H. Zuckerman, Esq.